# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SHEWANDA DENISE DUFFEY, | : | |
| Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION FILE 1:18-CV-909-TWT-JCF |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | : : : : | |
| Defendants. | : | |

## NON-FINAL REPORT AND RECOMMENDATION

Plaintiff filed this action alleging, *inter alia*, that Defendant violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (Doc. 1). On March 14, 2018, Defendant Automobile Acceptance Corporation filed its answer to Plaintiff's complaint (Doc. 4). Defendant Experian Information Solutions, Inc. filed its answer to Plaintiff's complaint on May 1, 2018 (Doc. 10). On May 15, 2018, Plaintiff and Defendant Experian Information Solutions, Inc. filed a Notice of Settlement as to all pending claims as to Defendant Experian (Doc. 12). The parties requested that this case be administratively closed as to Defendant Experian. It is therefore **RECOMMENDED** that the Court **DISMISS, with prejudice**, this action as to Defendant Experian Information Solutions, Inc. only, subject to the right of any party to reopen the case as to Defendant Experian within

1

60 days from the date of entry of an Order adopting these recommendations if settlement is not consummated.

**SO RECOMMENDED** this 17th day of May, 2018.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge