IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHEWANDA DENISE DUFFEY,

  Plaintiff,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:18-CV-909-TWT

## ORDER

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending that the action be dismissed as to the Defendant Experian pursuant to a settlement. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED with prejudice as to the Defendant Experian.

SO ORDERED, this 11 day of June, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge